**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1786**

_____

ELBERT HICKS,

Plaintiff - Appellant,

versus

JAMES ROCHE, Secretary, Department of the Air
Force,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (CA-02-923-2)

_____

Submitted: October 15, 2003          Decided: November 10, 2003

_____

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Elbert Hicks, Appellant Pro Se. Kent Pendleton Porter, OFFICE OF
THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Elbert Hicks appeals the district court's order granting Defendant's motion to dismiss his Title VII and age discrimination action as untimely. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hicks v. Roche, No. CA-02-923-2 (E.D. Va. filed May 23, 2003 & entered May 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED